UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------------- x
:
In re Application of CHEVRON CORPORATION for  :
an Order Pursuant to 28 U.S.C. § 1782 to Conduct  :   Case No. 10-2675(SRC)
Discovery for Use in Foreign Proceedings.  :
:
:
---------------------------------------------------------------- x

# [PROPOSED] ORDER TO SHOW CAUSE WHY THIS COURT SHOULD NOT GRANT CHEVRON'S APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN FOREIGN PROCEEDINGS

Chevron Corporation ("Chevron") submitted an Application for an Order under 28 U.S.C. § 1782 Permitting Chevron to Issue Subpoenas for the Taking of Depositions and the Production of Documents ("Application") on May 26, 2010. By its Application, Chevron seeks discovery from Uhl, Baron, Rana & Associates, Inc. and Juan Cristóbal Villao Yepez.

The Court has considered the evidence, arguments, and law presented, and sufficient reason appearing, the Court rules as follows. It is hereby:

ORDERED that Chevron Corporation shall serve Respondents Uhl, Baron, Rana & Associates, Inc. and Juan Cristóbal Villao Yepez and counsel for the plaintiffs in the Lago Agrio Litigation and counsel for the Republic of Ecuador by hand, facsimile, or email, with this Order no later than 5:00 p.m. on May 27, 2010;

ORDERED that Respondents Uhl, Baron, Rana & Associates, Inc. and Juan Cristóbal Villao Yepez, the Lago Agrio Plaintiffs, and the Republic of Ecuador show cause before this Court on June 11, 2010, at 10:00 a.m. or as soon thereafter as counsel can be heard, why an order should not be issued granting Chevron's Application;

ORDERED that opposing papers, if any, shall be served by hand, facsimile, email or overnight mail upon Chevron's counsel, Stern & Kilcullen, LLC, 75 Livingston Avenue, Roseland, New Jersey 07068 on or before 5:00 p.m. on June 7, 2010.

ORDERED that a reply memorandum, if any, shall be served by hand, facsimile, email or overnight mail upon counsel for any party submitting opposing papers on or before 5:00 p.m. on June 9, 2010.

**IT IS SO ORDERED.**

Dated: May 26, 2010

_____
United States District Judge